No. 89–5691. HUGHEY v. UNITED STATES. C. A. 5th Cir. [Certiorari granted, 493 U. S. 1018.] Motion of Insurance Crime Prevention Institute et al. for leave to file a brief as *amici curiae* granted.

No. 89–5809. SAWYER v. SMITH, INTERIM WARDEN. C. A. 5th Cir. [Certiorari granted, 493 U. S. 1042.] Motion of Stephen H. Sachs et al. for leave to file a brief as *amici curiae* granted.

No. 89–5867. IRWIN v. DEPARTMENT OF VETERANS AFFAIRS ET AL. C. A. 5th Cir. [Certiorari granted, 493 U. S. 1069.] Motion for appointment of counsel granted, and it is ordered that Jon R. Ker, Esq., of Hewitt, Tex., be appointed to serve as counsel for petitioner in this case.

No. 89–6560. MINTZ v. SUPREME COURT OF CALIFORNIA. Sup. Ct. Cal. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until April 9, 1990, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 89–6455. IN RE WARREN; and
No. 89–6492. IN RE WALKER. Petitions for writs of mandamus denied.

No. 89–927. IN RE WILL, SENIOR JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS. C. A. 7th Cir. Motions of Loyola University of Chicago School of Law and Hans Zeisel for leave to file briefs as *amici curiae* granted. Petition for writ of mandamus or prohibition or certiorari denied.

No. 89–6551. IN RE MARTIN; and
No. 89–6594. IN RE MARTIN. Petitions for writs of mandamus and/or prohibition denied.